# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Vernon Evans, Jr. | * | |
| vs. | * | Case No.: L-06-149 |
| Mary Ann Saar, et al | * | |

\*\*\*\*\*\*

## AUTHORIZATION FOR JUROR MEAL

Provision of meals, lodging, or refreshments for the jury while it is deliberating is hereby authorized..

| DATE | JURY RECEIVED |
|---|---|
| October 10, 2006 | Complete Lunch |
| | |
| | |
| | |
| | |

Number of Jurors: ___2___

_1, October 2006_
Date

_Felicia C. Cannon_
Clerk

U.S. District Court (Rev. 6/17/2004) - Order for Jury Meals, etc.