WILMERHALE

August 16, 2012

**Stephanie K. Wood**

+1 202 663 6099 (t)
+1 202 663 6363 (f)
stephanie.wood@wilmerhale.com

**VIA ELECTRONIC FILING**

The Honorable Benson Everett Legg
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

   Re: *Evans v. Saar*, Civil No. L-06-149

Dear Judge Legg:

   In response to your letter order dated August 2, 2012, the parties have conferred, and we write to express our joint request that this case be administratively closed. Based on the Court's order, we understand that the case may be re-opened in the future if circumstances should require it.

   Plaintiff's counsel have conferred with Laura Mullally, counsel of record for the defendants, and defendants agree to this request to administratively close this case.

Sincerely,

  /s/

Stephanie K. Wood
*Counsel of Record for Plaintiff Vernon Evans*


cc: Laura Mullally, Assistant Attorney General
  *Counsel of Record for Defendants*

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing Berlin Boston Brussels Frankfurt London Los Angeles New York Oxford Palo Alto Waltham Washington